# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-50248
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 7, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LAURA BARRIENTOS,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:12-CR-1117-1

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:[*]

Laura Barrientos, former federal prisoner # 09191-180, appeals the district court's denial of her 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 782 to the Sentencing Guidelines. On June 27, 2016, before this case was decided, Barrientos was released from federal custody. "Where a defendant has begun serving a term of supervised release, the appeal of the denial of [the] § 3582(c)(2) motion is moot." *United States v.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Booker*, 645 F.3d 328, 328 (5th Cir. 2011).  Because this appeal concerns only the denial of Barrientos's § 3582(c)(2) motion and does not involve issues pertaining to her term of supervised release, we conclude that Barrientos's appeal must be DISMISSED AS MOOT.